No. 1840, Misc. HOWINGTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1882, Misc. DIMOND *v.* SUFFOLK COUNTY BAR ASSN. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Emmett F. McNamara* for respondent.

No. 487, Misc. KNIGHT, AKA BRUNT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 663, Misc. HOAPILI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Donald S. Nishimura* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 954. CINO *v.* UNITED STATES, 394 U. S. 917;

No. 1061. TEAGUE ET AL. *v.* REGIONAL COMMISSIONER OF CUSTOMS, REGION II, ET AL., 394 U. S. 977;

No. 1093. BEST MEDIUM PUBLISHING CO., INC. *v.* VARNISH, 394 U. S. 987;

No. 964, Misc. EDWARDS *v.* KANSAS, 394 U. S. 989;

No. 1581, Misc. FIELDS *v.* MANCUSI, WARDEN, 394 U. S. 992; and

No. 1746, Misc. AKERS *v.* CASSIN, JUDGE, 394 U. S. 996. Petitions for rehearing denied.